IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01240-BNB

BRUCE A. DETLOF,

    Plaintiff,

v.

G.I. TRUCKING COMPANY, d/b/a Estes West, and
ESTES EXPRESS,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Bruce A. Detlof, initiated this action by filing *pro se* a Complaint (ECF No. 1). On May 2, 2014, Magistrate Judge Boyd N. Boland ordered Mr. Detlof to file an amended complaint that clarifies who he is suing and that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Mr. Detlof was warned that the action would be dismissed without further notice if he failed to file an amended complaint within thirty days. On June 4, 2014, Magistrate Judge Boland entered a minute order granting Mr. Detlof an extension of time to file an amended complaint, until July 2, 2014. On July 3, 2014, Magistrate Judge Boland entered a minute order denying Mr. Detlof's motion requesting appointment of volunteer counsel and a waiver of PACER fees.

    Mr. Detlof has failed to file an amended complaint within the time allowed. Therefore, the action will be dismissed without prejudice for failure to comply with a court order. Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that

any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint (ECF No. 1) and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Detlof failed to comply with a court order. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  15th  day of    July         , 2014.

BY THE COURT:

  s/Christine M. Arguello  
CHRISTINE M. ARGUELLO
United States District Judge, for
LEWIS T. BABCOCK, Senior Judge
United States District Court