IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01240-LTB

BRUCE A. DETLOF,

    Plaintiff,

v.

G.I. TRUCKING COMPANY, d/b/a Estes West, and
ESTES EXPRESS,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 15, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 15th day of July, 2014.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk

        By: s/K Lyons
            Deputy Clerk